

# Fourth Court of Appeals
## San Antonio, Texas

August 31, 2020

No. 04-19-00745-CR

Miguel G. **MARTINEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR4203
Honorable W.C. Kirkendall, Judge Presiding

# O R D E R

    The Appellee's Motion for Extension of Time is hereby GRANTED. Appellee's Brief is due October 7, 2020. No further extensions will be granted absent extenuating circumstances.

_____
Rebeca C. Martinez, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of August, 2020.

_____
MICHAEL A. CRUZ, Clerk of Court